## VIRGIL B. BALDI ET AL. *v.* HARRY NOVICK ET AL.
### (12026)

O'CONNELL, LANDAU and FREEDMAN, Js.

Argued June 8—decision released June 29, 1993

*Harry Novick,* pro se, the appellant (named defendant).

*Howard C. Kaplan,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

## FRANCIS MARTINELLI *v.* MARSHA MARTINELLI
### (11441)

DUPONT, C. J., O'CONNELL and SCHALLER, Js.

Argued June 7—decision released June 29, 1993

*Arnold M. Potash,* with whom, on the brief, was *Jeffrey D. Ginzberg,* for the appellant (defendant).

*Paul J. Yamin,* with whom, on the brief, was *Joseph P. Yamin,* law student intern, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.